AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Scott Casoni<br>D.O.B. xx/xx/xxxx<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __06/30/2016__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(b) | knowingly travel into the District of Columbia from the State of Virginia for the purpose of engaging in illicit sexual conduct, that is, a sex act as defined in 18 U.S.C. § 2246(2), with a person under 18 years of age and said sexual act would be a violation of Chapter 109A of Title 18 |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Alix Skelton, Federal Bureau of Investigation

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/01/2016

*Judge's signature*

City and state: Washington, D.C.

*Printed name and title*