**STATEMENT OF FACTS**

The facts and information contained in this Statement of Facts are based upon your affiant's personal knowledge of the investigation, a review of the documents obtained from the undercover officer, and discussions with other law enforcement officers involved in the investigation. Your affiant has firsthand knowledge of the facts provided below.

In May 2016, Special Agent Peter Kaupp was acting in an undercover capacity as part of the Federal Bureau of Investigation ("FBI") Child Exploitation Task Force. Acting as an undercover officer ("UC"), Special Agent Kaupp posted an online advertisement in a predicated area of the online website for classified advertisements, which, based on his experience and information gathered from other sources, is an area of the website that is frequented by individuals who have a sexual interest in children and incest. The advertisement was intended to attract individuals with a sexual interest in children through the use of adjectives such as "taboo," "perv," and "yng."

On June 6, 2016, an individual, subsequently identified as Scott Casoni ("CASONI") answered the UC's advertisement over email, stating the following:

Good Morning, I would love to meet and have some fun with a sweet young thing. I am a Ddf, white, professional male. 6'1, athletic build, prior military. Hope to hear back soon.

Your affiant knows that the phrase "ddf" is commonly used to mean drug and disease free. The UC asked CASONI for his KIK username, and CASONI replied back, "HagDiver."

On June 8, 2016, the conversation continued over KIK, which is a free texting application for mobile devices. The UC asked CASONI what "ages r u into," and CASONI replied back, "[a]nything legal but I prefer Young…You know as a guy you always have to be careful what you say online don't want to get caught up in anything." The UC asked CASONI to send a "selfie," and CASONI subsequently sent the UC three photographs of himself. Your affiant confirmed that these three photographs match CASONI's photograph on file with the Virginia Department of Motor Vehicles.

On June 10, 2016, the UC asked CASONI what he was "down for" because the UC would "like to share my girl but want to make sure it's safe." CASONI replied, "I would love to have some fun with her[,] I am safe, clean, ect." The UC told CASONI that the UC's purported daughter was 10 years old and asked whether CASONI was "okay with that." CASONI replied back "[s]ure," and asked the UC if they could "meet" and "get together and have some fun." CASONI asked the UC if his purported 10-year-old daughter would be "willing to be eaten out," and commented that he "bet she tastes great, so sweet and clean." The UC also asked CASONI if he has had any prior experiences with "young" before, and CASONI stated, "[a] little bit, but I would rather discuss in person."

On June 13, 2016, the UC asked CASONI what he wanted to do with the purported 10-year-old child. CASONI replied, "Well I would love to be able to kiss her all over and taste how nice and sweet she is before she decides to blow me." CASONI asked whether the purported

child's "nipples started to get puffy yet." CASONI subsequently texted, "I bet the pussy is smooth and sweet[…] I would love to have her sit on my face[…]I bet she has the smallest little clit too."

On June 22, 2016, the UC asked CASONI if he would be able to meet the UC and the UC's purported 10-year-old daughter on June 30, 2016 in Washington, D.C. CASONI stated, "Yes, I can't wait to finally get to see all of her." CASONI texted that he would be working from home in Virginia that day, and thus, could meet the UC and the child in the early afternoon.

On June 28, 2016, CASONI continued to discuss his plans to travel to Washington, D.C. for purposes of engaging in sexual acts with the affiant's purported 10-year-old child. CASONI stated that he thought it would "make everyone more comfortable if we met in a public place first before we decided to have playtime." CASONI asked the UC to send him pictures of the UC's purported 10-year-old daughter. CASONI stated that he wanted a picture of "[a]t least her body, no face needed." The UC then subsequently sent CASONI an image of his purported 10-year-old daughter (note that the image was not of a real child). In response, CASONI stated, "[v]ery nice, [w]ish I could see the little pussy."

On June 30, 2016, CASONI and the UC agreed on a pre-arranged place to meet in Washington, D.C. The UC told CASONI that they would first meet for a drink, and then the UC's apartment was "next door." CASONI asked the UC, "you are not police or law enforcement or one of those TV shows, right?" The UC stated "no, [t]hat's why I want to meet u first." At approximately 1:45pm, CASONI stated that he was still in Virginia due to the traffic, but would be arriving in Washington, D.C. at the pre-arranged meet location in approximately "23" minutes. CASONI asked the UC to "meet outside that way we both know that we are alone."

At approximately 2:28 p.m., CASONI arrived at the pre-arranged meet location in Washington, D.C. and approached the UC outside. CASONI again wanted to confirm that the UC was not law enforcement, and then told the UC that he just wanted to go upstairs to the apartment and see the purported child. The UC told CASONI that was fine, but CASONI became suspicious of individuals who were walking around him and believed that they were law enforcement. CASONI specifically pointed out one individual, Detective Jonathan Andrews, who was a member of the Child Exploitation Task Force's arrest team. CASONI told the UC that Detective Andrews, who was in civilian clothes, was walking too close to them and that he was using both a Bluetooth and his phone to talk to someone. CASONI believed Detective Andrews to be law enforcement, and asked the UC to walk with him to a different location.

At that time, Detective Andrews approached CASONI to place him under arrest. Detective Andrews informed CASONI, "Police, I need you to come with me." CASONI subsequently bolted from the UC and fled in the opposite direction from Detective Andrews. Detective Andrews pursued and had to perform a tactical takedown of CASONI. CASONI continued to fight and struggle in an attempt to get away from Detective Andrews, and other members of the arrest team, who were trying to handcuff CASONI. CASONI eventually complied with their requests and he was placed under arrest. A search incident to arrest revealed both a cellular phone and a condom in his wallet.

CASONI subsequently waived his rights and was interviewed by your affiant and Special Agent Moschella. During this interview, CASONI stated that he had responded to an advertisement, and then engaged in both an email and KIK conversation with the individual (the UC). CASONI was unable to recall his KIK username but he knew that it had something to do with diving. CASONI further claimed that he just set up the KIK account for the purpose of talking with this individual. CASONI stated that he knew the individual had either a 10 or 12 year old daughter that the individual was sexually active with, and that the individual wanted CASONI to also participate in sexual acts with the child. CASONI stated that he went along with it and told the individual that he would engage in these sexual acts with the child, but that CASONI was not actually going to go through with it. CASONI stated that he would have maybe taken the child to get ice-cream. CASONI confirmed that he came from Arlington, Virginia, and that he had been planning on picking up his girlfriend in Washington, D.C. at 3:45pm.

An administrative subpoena was sent to KIK for the subscriber information related to the KIK username "HagDiver." KIK provided investigators with an account username of "Scott C" and various IP addresses, including IP address 69.250.253.146. A subsequent administrative subpoena was sent to Comcast for IP address 69.250.253.146. The Comcast subpoena results identified the IP address as being assigned to "Scott Casoni" in Alexandria, Virginia.

Subscribed and sworn to before me this _____ day of July, 2016.

_____       _____
ALIX SKELTON                                                               UNITED STATES MAGISTRATE JUDGE
FEDERAL BUREAU OF INVESTIGATION